IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 23-cv-2288 |
| | ) |
| APEL BLAKE HOMES LLC, THERESA | ) |
| SCHLAGEL, and JOSEPH SCHLAGEL, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION TO DISMISS
## PURSUANT TO SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED that WESTFIELD INSURANCE COMPANY, APEL BLACK HOMES LLC, THERESA SCHLAGEL, and JOSEPH SCHLAGEL, by their respective attorneys, will cause all of the claims that they filed in case no. 23-cv-2288 to be dismissed with prejudice, without costs to either party, all costs having been paid.

IT IS FURTHER STIPULATED AND AGREED that an order pursuant may be entered of record without further notice to either party, upon the presentation of this Stipulation.

IT IS FURTHER STIPULATED AND AGREED that said dismissal shall be a bar to the bringing of any action based on or including the claims for which this cause has been brought.

WHEREFORE, the parties hereto pray that the court will enter an order dismissing all claims that WESTFIELD INSURANCE COMPANY, APEL BLACK HOMES LLC, THERESA SCHLAGEL, and JOSEPH SCHLAGEL filed in case no. 23-cv-2288 with prejudice.

/s/ Jeffrey S. Barger
ESP KREUZER CORES LLP
400 S. County Farm Road, Suite 200
Wheaton, Illinois 60187
(630) 871-1002; ARDC #6274517
jbarger@ekclawfirm.com; lmurphy@ekclawfirm.com
*Westfield Insurance Company*

/s/ [signature]
BARMANN, BOHLEN & SCOTT, P.C.
700 North River Drive

/s/ Brian Hiatt
BRIAN G. HIATT P.C.
One Dearborn Square, Suite 655
Kankakee, Illinois 60901
(815) 304 - 5441; ARDC #6256084
brian@brianhiattlaw.com
*Apel Blake Homes LLC*

Kankakee, IL 60901
(815) 939-1133; ARDC #00244945
bohlen@kankakeelaw.com
*Theresa Schlagel & Joseph Schlagel*

### Certificate of Service

The undersigned certifies that he caused this Stipulation to Pursuant to Settlement Agreement to be filed electronically via the ECF Filing system on this 29th day of August 2025, which will serve all parties that have appeared.

/s/ Jeffrey S. Barger

2